Of Counsel:

BAYS LUNG ROSE & HOLMA

HARVEY J. LUNG            2991-0
Attorney at Law
A Law Corporation
GRANT FASI ALLISON        10368-0
JAI KEEP-BARNES           10787-0
Topa Financial Center
700 Bishop Street, Suite 900
Honolulu, HI  96813
Telephone:  (808) 523-9000
Facsimile:  (808) 533-4184
E-mails:  hlung@legalhawaii.com
          gallison@legalhawaii.com
          jkeepbarnes@legalhawaii.com

Attorneys for Plaintiff
GRAMERCY GROUP, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GRAMERCY GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> D.A. BUILDERS, LLC a/k/a D.A. BUILDERS; DAVID A. ALCOS III; JOHN DOES 1-20, JANE DOES 1-10; DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, and OTHER ENTITIES 1-10, <br><br> Defendants. | CIVIL NO. 16-00114-JMS-KSC <br><br> PLAINTIFF GRAMERCY GROUP, INC.'S **MOTION IN LIMINE NO. 7** TO EXCLUDE ALLEGATIONS OF ORGANIZED CRIME AND FINANCIAL IMPLICATIONS OF AN ADVERSE VERDICT AGAINST DEFENDANTS; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF HARVEY J. LUNG; EXHIBITS 1–3; CERTIFICATE OF SERVICE <br><br> Trial Date:  March 13, 2018 <br> Judge:       Hon. J. Michael Seabright |

535967-3

PLAINTIFF GRAMERCY GROUP, INC.'S **MOTION IN LIMINE NO. 7** TO EXCLUDE ALLEGATIONS OF ORGANIZED CRIME AND FINANCIAL IMPLICATIONS OF AN ADVERSE VERDICT AGAINST DEFENDANTS

Plaintiff GRAMERCY GROUP, INC. ("Plaintiff"), by and through its attorneys, Bays Lung Rose & Holma, respectfully, brings this Motion in Limine No. 7 and hereby moves this Court for an order to preclude Defendants D.A. Builders, LLC and David A. Alcos III (collectively, "DAB") from introducing any evidence, testimony, or argument at trial regarding the following:

- the Italian heritage of any current or former employees of either Gramercy or dck/FWF, Inc. ("DCK");

- that Gramercy has connections to the "Mafia", "Mob", or other crime organizations;

- that Gramercy and DCK conspired against DAB due to their employees' similar racial heritage or alleged Mafia connections;

- that DAB or its employees allegedly feared for their lives, their livelihoods, and the lives of their families because of Gramercy's alleged Mafia connections and/or racial heritage of its employees;

- the Complaint made by DAB against Gramercy to the State of Hawaii Regulated Industries' Complaint Office ("RICO") and the ensuing investigation, which DAB personnel testified was commenced for the sole reason that Gramercy or its employees may be connected to the Mafia because they are Italian, from New York, and work in demolition, and DAB employees therefore feared for their safety; and/or

- the alleged financial consequences of a verdict against DAB, especially any testimony relating to the potential corporate or individual bankruptcy of DAB or Mr. David Alcos or a potential foreclosure on Mr. Alcos' house or other property.

Such evidence has no relevance to the substantive merits of the claims and defenses in this matter and would be introduced solely to try to arouse an emotional or sympathetic reaction from the jury.

This Motion is brought pursuant to Federal Rules of Civil Procedure Rule 26, Federal Rules of Evidence 401 and 403, and is based on the Memorandum in Support of Motion, the Declaration of Harvey J. Lung, the Exhibits attached hereto, and the files and records in this case.

DATED:  Honolulu, Hawaii, February 20, 2018.

/s/ Harvey J. Lung
HARVEY J. LUNG
GRANT FASI ALLISON
JAI KEEP-BARNES

Attorneys for Plaintiff
GRAMERCY GROUP, INC.