CADES SCHUTTE
A Limited Liability Law Partnership

| | |
|---|---|
| KEITH Y. YAMADA | 4044-0 |
| CHRISTOPHER T. GOODIN | 8562-0 |
| DANA A. BARBATA | 9112-0 |
| KIRK M. NESTE | 9131-0 |

1000 Bishop Street, Suite 1200
Honolulu, Hawai'i 96813-4212
Telephone: (808) 521-9200
Fax: (808) 521-9210
Email:  kyamada@cades.com
        cgoodin@cades.com
        dbarbata@cades.com
        kneste@cades.com

RICHARD E. WILSON                5614-0
735 Bishop Street, Suite 306
Honolulu, Hawai'i 96813
Telephone: (808) 545-1311
Fax: (808) 545-1388
Email:   rewilson_law@yahoo.com

Attorneys for Defendant and Counterclaim
Plaintiff D.A. BUILDERS, LLC and Defendant
DAVID A. ALCOS, III

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| GRAMERCY GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> D.A. BUILDERS, LLC a/k/a D.A. BUILDERS; DAVID A. ALCOS III; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, and OTHER | CIVIL NO. 16-00114-JAO-KSC <br><br> **DEFENDANT AND COUNTERCLAIM PLAINTIFF D.A. BUILDERS, LLC AND DEFENDANT DAVID A. ALCOS, III'S MOTION IN LIMINE #8 TO PRECLUDE GRAMERCY FROM USING DOCUMENTS PRODUCED AFTER THE DISCOVERY CUT-OFF AT TRIAL** |

| | |
|---|---|
| ENTITIES 1-10,<br><br>　　　　　Defendants. | MEMORANDUM IN SUPPORT OF MOTION<br><br>DECLARATION OF KIRK M. NESTE<br><br>EXHIBIT A<br><br>CERTIFICATE OF SERVICE |
| D.A. BUILDERS, LLC,<br><br>　　　　　Counterclaim Plaintiff,<br><br>　　v.<br><br>GRAMERCY GROUP, INC.,<br><br>　　　　　Counterclaim Defendant. | Judge: The Honorable Jill A. Otake<br>Trial Date:  December 3, 2018 |

**DEFENDANT AND COUNTERCLAIM PLAINTIFF D.A. BUILDERS, LLC AND DEFENDANT DAVID A. ALCOS, III'S MOTION IN LIMINE #8 TO PRECLUDE GRAMERCY FROM USING DOCUMENTS PRODUCED AFTER THE DISCOVERY CUT-OFF AT TRIAL**

Defendant and Counterclaim Plaintiff D.A. BUILDERS, LLC and Defendant DAVID A. ALCOS, III respectfully move *in limine* for an order precluding Plaintiff and Counterclaim Defendant GRAMERCY GROUP INC. from using at trial documents that Gramercy produced well after the November 24, 2017 discovery cut-off.  Although the Court authorized DAB to file two motions in limine, DAB has combined the relief requested into a single motion for the convenience of the Court and the parties.

This Motion is brought pursuant to Fed. R. Evid. Rule 403, Fed. R. Civ. P. Rules 26, 34, and 37, and is based upon the attached memorandum in support, declaration, exhibits, and the records and files herein.

2

DATED: Honolulu, Hawaiʻi, October 25, 2018.

        CADES SCHUTTE
A Limited Liability Law Partnership

*/s/ Kirk M. Neste*
_____
KEITH Y. YAMADA
CHRISTOPHER T. GOODIN
DANA A. BARBATA
KIRK M. NESTE
RICHARD E. WILSON

Attorneys for Defendant and Counterclaim Plaintiff D.A. BUILDERS, LLC and Defendant DAVID A. ALCOS, III